of Appeal, Third Circuit, Parish of Rapides, 177 So.2d 140.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

178 So.2d 656

**BEST OIL COMPANY, Inc.,**

v.

**PARISH COUNCIL OF the PARISH OF EAST BATON ROUGE.**

No. 47868.

Sept. 30, 1965.

In re: Best Oil Company, Inc. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of. East Baton Rouge, 176 So.2d 630.

Writ refused. On the facts found by Court of Appeal, there is no error of law in its judgment result.

178 So.2d 656

**Succession of Mrs. Eva Marie Troxler BROWNE.**

No. 47871.

Sept. 30, 1965.

In re: William Kendall Browne et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo, 176 So.2d 217.

The application is denied. According to the facts of this case, as found by the Court of Appeal, there is no error in the judgment complained of.